IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ARCH SPECIALTY
INSURANCE COMPANY                                             PLAINTIFF

v.                        No. 3:15-cv-223-DPM

FIRST COMMUNITY BANK
OF EASTERN ARKANSAS                                          DEFENDANT

ORDER

Joint report, № 33, noted. Arch must provide a privilege log by 7 June 2016. Counsel must meet and confer in person by 14 June 2016. If the dispute remains unresolved, the parties must file a supplemental joint report (double spaced, please) by 17 June 2016. With the supplemental report, Arch must file any withheld documents *ex parte* and under seal for the Court's review.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 May 2016