IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ARCH SPECIALTY
INSURANCE COMPANY                                                PLAINTIFF

v.                              No. 3:15-cv-223-DPM

FIRST COMMUNITY BANK
OF EASTERN ARKANSAS                                              DEFENDANT

## ORDER

The Court notes the Bank's cross-motion and related papers. № 54, 55 & 56. They don't substantially enlarge the fighting issues. And the parties' dispute needs deciding sooner rather than later. Consolidated and expedited response (ten pages max) therefore due by 12 August 2016. Consolidated and expedited reply (five pages max) due by 17 August 2016.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 August 2016