IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ARCH SPECIALTY
INSURANCE COMPANY                                               PLAINTIFF

v.                        No. 3:15-cv-223-DPM

FIRST COMMUNITY BANK
OF EASTERN ARKANSAS                                             DEFENDANT

## JUDGMENT

The Court enters Judgment for Arch Specialty Insurance Company against First Community Bank of Eastern Arkansas for $300,000.00 in principal and $44,457.53 in prejudgment interest (9.0% from 31 December 2014 through 23 August 2016), plus costs as the Court may later award on timely motion. Post-judgment interest will accrue at 0.58% per annum from today until this Judgment is paid in full. 28 U.S.C. § 1961(a)–(b).

_____
D.P. Marshall Jr.
United States District Judge

23 August 2016