IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ARCH SPECIALTY
INSURANCE COMPANY                                               PLAINTIFF

v.                        No. 3:15-cv-223-DPM

FIRST COMMUNITY BANK
OF EASTERN ARKANSAS                                            DEFENDANT

## ORDER

The Court much appreciates Arch's expedited response. The Bank's motion to stay, № 65, is granted and the proposed bond is conditionally approved. Based on the Bank's steps toward an adequate bond, the Judgment, № 62, is temporarily stayed. The Bank must file a corrected, completed, and executed bond for $352,000 by 14 September 2016 to supersede the judgment. Otherwise, the temporary stay will expire at 5:00 p.m. that day, and Arch may execute, notwithstanding the Bank's appeal.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 September 2016