IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ARCH SPECIALTY
INSURANCE COMPANY                                                            PLAINTIFF

v.                              No. 3:15-cv-223-DPM

FIRST COMMUNITY BANK
OF EASTERN ARKANSAS                                                          DEFENDANT

ORDER

Supplement, № 73, noted. The Bank may deposit the cashiers check into the registry of the Court, instead of going the bond route. The Court directs the Clerk to accept the money, put it in an interest-bearing account, and hold it until further order. The Bank's deadline remains 14 September 2016. After the deposit is made, the Court will note it on the record and supersede the Judgment.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2016