IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ARCH SPECIALTY
INSURANCE COMPANY                                                     PLAINTIFF

v.                            No. 3:15-cv-223-DPM

FIRST COMMUNITY BANK
OF EASTERN ARKANSAS                                                   DEFENDANT

ORDER

Arch's motion for costs, № 70, is granted in part and denied in part. Without objection, the Court awards the filing fee and the transcript fee. Copy expenses are also awarded; the price per page is reasonable; and so is the number of pages for this kind of case. Service fees are denied because the U.S. Marshal didn't handle service. *Crues v. KFC Corp.*, 768 F.2d 230, 234 (8th Cir. 1985). And travel expenses are not allowed by FED. R. CIV. P. 54(d) or 28 U.S.C. § 1920. The Bank therefore owes Arch $1,502.01 in costs.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 September 2016