IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ARCH SPECIALTY
INSURANCE COMPANY                                                           PLAINTIFF

v.                              No. 3:15-cv-223-DPM

FIRST COMMUNITY BANK
OF EASTERN ARKANSAS                                                         DEFENDANT

## ORDER

The Clerk got the check from the Bank. № 77. It's now in the registry of the Court, earning interest. The Judgment, № 62, is superseded and stayed pending appeal. After receiving the mandate from the Court of Appeals, this Court will disburse the money to implement that mandate.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 September 2016