IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ARCH SPECIALTY
INSURANCE COMPANY                                              PLAINTIFF

v.                       No. 3:15-cv-223-DPM

FIRST COMMUNITY BANK
OF EASTERN ARKANSAS                                            DEFENDANT

## ORDER

The Court congratulates the parties on their settlement and notes the satisfaction, № 82. The stay, № 78, is dissolved. The joint motion, № 81, is granted. The Court directs the Clerk to pay the $352,000 in the registry, plus any accrued interest, to First Community Bank of Eastern Arkansas.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 October 2016